**RECEIVED**

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

AUG 2 8 2007

LARRY W. PROPES, CLERK
FLORENCE, SC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.:4:07-1045 |
| | ) 21 U.S.C. § 846 |
| vs. | ) 21 U.S.C. § 841(a)(1) |
| | ) 21 U.S.C. § 841(b)(1)(A) |
| JOHN WILLIAMSON | ) 21 U.S.C. § 853 |
| | ) 21 U.S.C. § 881(a)(11) |
| | ) 28 U.S.C. § 2461(a) |
| | ) INDICTMENT |

USDC of DE NO: 07-194 M

**COUNT 1**

THE GRAND JURY CHARGES:

That beginning at a time unknown to the Grand Jury, but beginning at least in or around 2001, and continuing thereafter up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants, JOHN WILLIAMSON knowingly and willfully did combine, conspire, confederate and agree together and have tacit understanding with each other and with various other persons, both known and unknown to the Grand Jury, to knowingly, intentionally, and unlawfully possess with intent to distribute and to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

All in violation of Title 21, United States Code, Section 846.

1