IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 07- *194M* |
| JOHN WILLIAMSON, | ) ) | |
| Defendant. | ) ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1.  **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    _____    Crime of violence (18 U.S.C. § 3156)

    _____    Maximum sentence life imprisonment or death

    __X__    10+ year drug offense

    _____    Felony, with two prior convictions in above categories

    _____    Minor victim

    _____    Possession/ use of firearm, destructive device or other dangerous weapon

    _____    Failure to register under 18 U.S.C. § 2250

    __x__    Serious risk defendant will flee

    __x__    Serious risk obstruction of justice

FILED

OCT 1 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2.  **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __x__    Defendant's appearance as required

    __x__    Safety of any other person and the community

3.  **Rebuttable Presumption**.  The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

    __x__    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    _____    Previous conviction for "eligible" offense committed while on pretrial bond

4.  **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

    _____    At first appearance

    __X__    After continuance of _3_ days (not more than 3).

5.  **Temporary Detention**.  The United States request the temporary detention of the defendant for a period of __3__ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    _____    1.  At the time the offense was committed the defendant was:

        _____    (a) on release pending trial for a felony;

        _____    (b) on release pending imposition or  execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        _____    (c) on probation or parole for an offense.

    _____    2.  The defendant is not a citizen of the U.S. or lawfully admitted for permanent  residence.

    __x__    3.  The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 10th day of October, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By _____
David L. Hall
Assistant United States Attorney