AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

_____ DISTRICT OF _DELAWARE_ _____

UNITED STATES OF AMERICA

V.

_John Williamson,_

**COMMITMENT TO ANOTHER DISTRICT**

CASE NUMBER: _07-194 m_
_846, 853, 881(q)(11)_

The defendant is charged with a violation of _21 ɛ 28_ U.S.C. _2461(a)_ alleged to have been committed in the _____ District of _South Carolina_.

Brief Description of Charge(s):

_Knowingly and willfully did combine, conspire, confederate, and agree to possess with intent to distribute 5 kilograms or more of cocaine._

```
   F I L E D

  OCT 1 2 2007

  U.S. DISTRICT COURT
 DISTRICT OF DELAWARE
```

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_10/12/07_
_____
Date

_____
Judicial Officer

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |