OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

RECEIVED
CLERK, FLORENCE, SC
2007 OCT 23 A 9:17

COPY

Clerk of Court
McMillan Federal Building
401 West Evans Street
Florence, South Carolina 29501

Re:  USA v. John Williamson
     U.S.D.C. of DE No. 07-194M

Dear Clerk:

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Ronald P. Golden III
Deputy Clerk

/rpg
enclosure

I hereby acknowledge receipt of the record in the above referenced case on  10-23-07  .
                                              (date)

_____
    Signature

_____
    Title

FILED
OCT 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE